FILED
IN OPEN COURT
OCT 14 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:26-cr-73 |
| v. | ) | 18 U.S.C. § 2252A(a)(2) and (b)(1) Distribution of Child Pornography (Counts 1 - 5) |
| JESUS ORTIZ BAEZ | ) | 18 U.S.C. § 2253 Forfeiture |

**INDICTMENT**

OCTOBER 2026 Term - At Newport News, Virginia

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

On or about July 29, 2025, in the Eastern District of Virginia, the defendant, JESUS ORTIZ BAEZ, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "2bdaabfb-3333-4bd9-a5e4-57b0bd4c062c.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated lascivious exhibition of the anus, genitals, or pubic area of prepubescent female child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

## COUNT TWO

On or about July 29, 2025, in the Eastern District of Virginia, the defendant, JESUS ORTIZ BAEZ, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "15e1de16-dfa4-425b-9853-1fd6c52ce8c0.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated lascivious exhibition of the anus, genitals, or pubic area of prepubescent child, and actual and simulated genital-anal sexual intercourse between an adult male and prepubescent child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

## COUNT THREE

On or about July 29, 2025, in the Eastern District of Virginia, the defendant, JESUS ORTIZ BAEZ, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "73614899-3c54-489c-81c0-b5ae407d4b07.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated oral-genital sexual intercourse performed by a minor prepubescent female child on a male, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

**COUNT FOUR**

On or about July 29, 2025, in the Eastern District of Virginia, the defendant, JESUS ORTIZ BAEZ, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "9039048c-8395-434d-a4c4-f943df58acf5.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated lascivious exhibition of the anus, genitals, or pubic area of prepubescent female child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

**COUNT FIVE**

On or about July 29, 2025, in the Eastern District of Virginia, the defendant, JESUS ORTIZ BAEZ, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: an image entitled "11818b2f-3ac3-4f81-badb-57e76cccdfd1.jpeg," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated lascivious exhibition of the anus, genitals, or pubic area of prepubescent female child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of any of the violations alleged in this Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

a. any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq*.;

b. any and all property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq*., and any property traceable to such property; and

c. any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq*..

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 2253).

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

*UNITED STATES v. Jesus Ortiz Baez*
Criminal No. : 4:26cr 73

A TRUE BILL:

REDACTED COPY

FOREPERSON

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
UNITED STATES ATTORNEY

Devon E.A. Heath
Assistant United States Attorney