CR96C AO 470 (Rev. 12/03) Order of Temporary Detention

FILED
IN OPEN COURT
OCT 15 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT

**EASTERN District of VIRGINIA**

**UNITED STATES OF AMERICA**

**V.**

Jesus Ortiz Baez
***Defendant***

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**Case No.** 4:26cr73

Upon motion of the United States
detention hearing is set for 10/19/26 * at 2:00 pm
*Date* *Time*

before United States Magistrate Judge
*Name of Judicial Officer*

Newport News ~~Norfolk,~~ Virginia
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

*Other Custodial Official*

Date: 10/15/26

*Judge*

If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.